■ In the Matter of STANLEY E. ANTONOWICZ, Appellant, v WALTER FOGG, as Superintendent of the Green Haven Correctional Facility et al., Respondents.—In a proceeding pursuant to CPLR article 78 to review a determination of the New York State Board of Parole, dated May 5, 1977, which revoked petitioner's parole, petitioner appeals from a judgment of the Supreme Court, Orange County, entered September 20, 1977, which dismissed the petition. Appeal dismissed as academic, without costs or disbursements, in view of petitioner's conditional release on April 19, 1978 (see People ex rel. Miranda v Bombard, 55 AD2d 631). Rabin, J. P., Gulotta, Cohalan and Margett, JJ., concur.

■ In the Matter of JACK D. BELSKY, Petitioner, v NEW YORK CITY TRANSIT AUTHORITY, Respondent.—Proceeding pursuant to CPLR article 78, inter alia, to review a determination of the respondent, made February 6, 1976, after a hearing, which found petitioner guilty of certain charges of misconduct and terminated his employment. Determination confirmed and proceeding dismissed on the merits, without costs or disbursements. We find that there was substantial evidence to support the finding of the petitioner's guilt and that the measure of the punishment imposed was not shocking to one's sense of fairness (see Matter of Pell v Board of Educ., 34 NY2d 222). Hopkins, J. P., Martuscello, Damiani and Rabin, JJ., concur.